FILED

2016 Jun-07  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

COPY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2016 JUN -7  A 10:

U.S. DISTRICT COU.
N.D. OF ALABAM.

Inmate Identification Number: _72354_

_Rocky  Joe  Mertens_

_____

(Enter above the full name of the plaintiff
in this action)

---

**NOTICE TO FILING PARTY**

*It is your responsibility to
notify the clerk in writing of any
address change.*

*Failure to notify the clerk may
result in dismissal of your case
without further notice.*

---

vs.

_Sherriff  Gentry_
_Dr  Lyren / Adam White Head_

CV-16-X-0947-NE

_____

(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes (   )          No ( ✓ )

B.    If the answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiff: _____

Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement _Cullman County detention Center_

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?        Yes ( ✓ )        No ( )

C. If your answer is YES:

1. What steps did you take? _I seen Doctor all He won't to know was if I was going Home or not._

2. What was the result? _Nothing I Been in Pain ever sence I came in_

D. If your answer is NO, explain why not: _____

_____

_____

_____

_____

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) _Rocky Joe Mertens_

Address _1900 Beech Ave. SE/ 834 National Forest rd. 121_
_Cullman, AL 35055 / Houston, AL 35572_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _Sheriff Gentry - Dr Lyren_
Is employed as _Cullman County Detention State Sheriff_
at _Cullman County Detention Center_

C. Additional Defendants _Adam white Head_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_February 9, 2015 I crushed my leg at_
_work and had emergency reconstructed surgery_
_on my leg. About November or December_
_my surgeon told my lawyer that he found_
_a new screw plate Fracture that could_
_only have been caused from a tramatic_

4

injury. And . Because it was workmans comp. they were trying to brush me off but then, January 12, 2016, I got locked up at Cullman County Detention Center and

V.   RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I want to be treated and I want full pay for my pain and suffering. I know that my injury can only be rightfully checked by a medical X-ray which will view my reconstructed Fibula bone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 25, 2016      .

Rocky Martin

SIGNATURE

ADDRESS 1900 Beech Ave. SE   834 National

Cullman, AL 35055   forest rd. 121

Houston, AL 35572

AIS #   191522

5

asked the nurse, Mike, if I could
get my pain medicine. He told me he
had to get it approved by my doctor.
For several weeks every time I saw
him I asked about it and he said
he still had not heard anything. So
I filled out another sick call following
up. AT which time I, told them
that I had hurt my leg even worse
because I was sleeping in the
floor pulling myself up by the
sink. The doctor checked my vital
signs and asked me if I was going
home. or I said yes. Naturally
they can't keep me forever. He
said ok. and started writing something.
Then I asked if I could get
something for pain and he looked at
the nurse and said "give him 800 mg
motrin twice a day." So I was
sent back to the dorm. I never
recieved anything. When The nurse
adam was passing out medicine
I asked him about it and he
said hatefully that they didnt even

give perscription motrin here. At
this point I didn't know what to
do. Thank God another inmate who
had the same situation told me how
to file a grievance and they then
they just said "this is a duplicate".
so I told them on the greivence
that Ive been trying to get checked
out and get something for pain. 5 months
later after lots of pain and suffering
I still havent recieved anything.
I feel that my rights to proper
medical treatment have been neglected!!


Rocky Muster

Rocky Mertens
1900 Beech Ave. SE
Cullman, AL 35055

Mail

BIRMINGHAM AL 350

06 JUN 2016 PM 4 L

FOREVER

USA

SECURITY

JUN 07 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Legal

Office of clerk
Room 140, 1729 5th Ave. N
Birmingham, AL 35203

INMATE MAIL

35203-203799